UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BIS Global, Inc., <br><br> Plaintiff, <br> v. <br><br> Active Minds, Inc., <br><br> Defendant. | Civil Action No. _____ <br><br> Removed from the Circuit Court for Fairfax County, Virginia <br> Civil Action No. CL-2021-0000982 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant Active Minds, Inc. ("Active Minds"), removes the above-captioned civil action from the Circuit Court for Fairfax County, Virginia (the "State Court") to the Alexandria Division of the United States District Court for the Eastern District of Virginia. As grounds for removal, Defendant states as follows:

**I.     The State Court Action**

1. On January 19, 2021, Plaintiff BIS Global, Inc. ("BIS Global"), filed the above-captioned Civil Action in the Circuit Court for Fairfax County, Virginia. The Complaint makes claims for breach of contract and quantum meruit arising out of a software and services contract executed by BIS Global and Active Minds (collectively, "the Parties").

2. On February 3, 2021, BIS Global served a summons and copy of the complaint on Active Minds at its Washington, D.C. offices. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of all process, pleadings, and orders served on Defendant, are enclosed as Exhibit A.

## II.   Subject Matter Jurisdiction

3.   This Court has subject matter jurisdiction over this matter by virtue of its diversity jurisdiction. "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between—citizens of different states." 28 U.S.C. § 1332(a)-(a)(1).

4.   Plaintiff, a provider of web-based software and data center support services, is a Virginia corporation with its principal place of business at 8200 Greensboro Drive, Suite 1500, McLean, Virginia, 22102. *See* Ex. A, Complaint, at ¶ 4.

5.   Defendant, a 501(c)(3) non-profit corporation dedicated to improving mental health in students, is a District of Columbia corporation with its principal place of business at 2001 S St. NW, Suite 630, Washington, D.C., 20009. *See* Ex. A, Complaint, at ¶ 5.

6.   Because Plaintiff is a citizen of Virginia and Defendant is a citizen of the District of Columbia, the Parties have complete diversity of citizenship.

7.   The Complaint seeks a judgment of $155,142.09, of which a maximum of $5,260.37 is sought as "uncollected late payments and legal fees." *See* Ex. A, Complaint at ¶¶ 19, 23. This demand exceeds the $75,000 amount-in-controversy threshold for diversity jurisdiction.

## III.   Removal Requirements

8.   Defendant may remove the matter to this Court. "Unless otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a). As described *supra*, ¶¶ 3-7, the Court

has original jurisdiction over this matter by virtue of its diversity jurisdiction. *See* 28 U.S.C. §1332(a).

9.  Removal of the matter based on diversity jurisdiction is appropriate for this Defendant.  Although a matter that is "removable solely on the basis of [diversity jurisdiction] may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought," 28 U.S.C. 1441(b)(2), the sole Defendant is not a citizen of Virginia, where this matter was filed.

10. Removal of the matter is timely noticed.  "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  Plaintiff served Defendant on February 3, 2021, requiring any notice of removal to be filed by March 5, 2021. This Notice is filed before that deadline.

11. Removal of the matter to this venue is proper.  BIS Global filed the Complaint in the Circuit Court for Fairfax County, VA.  The Alexandria Division of the U.S. District Court for the Eastern District of Virginia is "the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C.  1441(a).

12. Promptly after filing this Notice, Active Minds will give written notice of Defendant's Notice of Removal to BIS Global and will file a copy of Defendant's Notice of Removal with the clerk of the State Court. Such written notice "shall effect the removal and the State court shall proceed no further unless and until the case is remanded." 28 U.S.C. 1446(d).

13. In filing this Notice of Removal, Defendant does not waive any defenses or objections to the Complaint, including but not limited to any argument as to personal jurisdiction or that the underlying dispute is subject to private arbitration.

14. Active Minds believes that this dispute is subject to a mandatory arbitration provision contained in the Parties' contract. Active Minds intends to file a motion to compel arbitration and a motion to stay this litigation pending the outcome of the arbitration.

15. If there are any questions that arise as to the propriety of removal of this action, Defendant respectfully requests the opportunity to submit briefing, argument, and additional evidence as necessary to support removal.

16. Defendant reserves the right to amend or supplement this Notice.

## CONCLUSION

WHEREFORE Defendant Active Minds, Inc., hereby files notice of removal of Civil Action No. CL-2021-0000982 from the Circuit Court for Fairfax County, Virginia to the Alexandria Division of the United States District Court for the Eastern District of Virginia.

Dated: February 24, 2021

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

 /s/ Patrick Dorsey
William Bosch (VSB #34589)
Patrick Dorsey (VSB #90682)
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel.: (202) 942-5000
Fax: (202) 942-5999
William.Bosch@arnoldporter.com
Patrick.Dorsey@arnoldporter.com

*Attorneys for Defendant Active Minds, Inc.*

## **CERTIFICATE OF WRITTEN NOTICE**

I, Patrick Dorsey, hereby certify that, on February 24, 2021, I caused a copy of the foregoing **NOTICE OF REMOVAL** to be filed with the Clerk of the Circuit Court for Fairfax County and to be delivered to the following via electronic mail and U.S. Mail:

Broderick C. Dunn
Cook Craig and Francuzenko
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Tel: 703.865.7480
Fax: 703.434.3510
bdunn@cookcraig.com

*Attorney for Plaintiff BIS Global*

BIS Global
8200 Greensboro Drive, Suite 1500
McLean, VA 22102.

/s/ Patrick Dorsey
Patrick Dorsey